634 A.2d 519

STATE OF NEW JERSEY v. ROBERT CUNNINGHAM.

June 4, 1993.

## CORRECTED ORDER

Petition for certification of the judgment in A-3400-91 having been submitted to this Court, and the Court having noted that because of the dissenting opinion filed below there exists an appeal as of right pursuant to *Rule* 2:2-1(a)(2) and good cause appearing;

It is ORDERED that the petition for certification is granted.

■

634 A.2d 519

JESSE ROSENBLUM v. BOROUGH OF CLOSTER, ET AL.

June 7, 1993.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted; and the matter is summarily remanded to the Appellate Division for reconsideration in light of *McKeown–Brand v. Trump Castle Hotel and Casino,* 132 *N.J.* 546, 626 *A.*2d 425 (1993).